IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHESTER LEROY SPAYD, III,<br>Petitioner<br><br>VS.<br><br>HARRY E. WILSON,<br>AND<br>THE DISTRICT ATTORNEY<br>OF THE COUNTY OF BERKS,<br>AND<br>THE ATTORNEY GENERAL OF<br>THE STATE OF PENNSYLVANIA,<br>Respondents | NO. 2:07-cv-5297 |

## ORDER

HARVEY BARTLE, III, C.J.

AND NOW, this 1st day of July, 2008, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The petition for a writ of habeas corpus is DISMISSED.
3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_/s/ Harvey Bartle_
HARVEY BARTLE, III, C.J.